PHILLIP A. TALBERT
Acting United States Attorney
MIRA CHERNICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JASON MORGAN,<br><br>                Defendant. | CASE NO. 2:03-CR-00407-WBS<br><br>MOTION TO DISMISS PETITION FOR VIOLATION OF SUPERVISED RELEASE AND VACATE HEARING; FINDINGS AND ORDER |

**FINDINGS AND ORDER**

In light of the government's Motion to Dismiss and the pending felony case against Defendant Jason Morgan, the pending Amended Petition, Docket No. 60, is hereby dismissed without prejudice. The evidentiary hearing set for May 18, 2021 is vacated.

IT IS SO FOUND AND ORDERED.

Dated: May 17, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1