UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


**Honorable Troy L. Nunley**  **RE:  Jason  Morgan**
**United States District Judge**  **Docket Number:  0972 2:03CR00407-1**
**Sacramento, California**  **REQUEST TO DISMISS SUPERVISED RELEASE VIOLATION AND VACATE HEARING**

Your Honor:

On March 31, 2021, an Amended Petition for Warrant or Summons for Offender Under Supervision was signed by the Honorable William B. Shubb. The Petition alleged that Jason H. Morgan violated a Special Condition of supervised release – Unauthorized Possession of Pornography. An evidentiary hearing was set for May 18, 2021.

On May 13, 2021, a grand jury returned an indictment charging Morgan with one count of 18 U.S.C. 2252(a)(2) - Receipt of Child Pornography in case number 2:21CR00094-TLN. The same conduct is alleged in both the supervised release violation and the new felony charge. The Government petitioned for dismissal of the supervised release petition without prejudice and Judge Shubb granted the motion on May 17, 2021. Also, on May 17, 2021, Case Number 2:03CR00407-01 was reassigned to Your Honor.

The undersigned officer submitted a Petition for Warrant or Summons charging Morgan with New Law Violation based on the new felony charge in 2:21CR00094-TLN and the Court signed the petition June 2, 2021. Morgan was arraigned on this matter on June 3, 2021, at which time he did not waive preliminary hearing. The preliminary hearing is scheduled for June 15, 2021.

Since the supervised release violation is dependent on the outcome of the new case, this officer believes that it is not an efficient use of the Court's resources to proceed with a preliminary hearing on the supervised release violation in 2:03CR00407-01. As such, it is recommended that the violation petition filed on June 2, 2021, be dismissed without prejudice, and that the preliminary hearing scheduled for June 15, 2021, be vacated.

If the Court is in agreement with this recommendation, this report will also serve the purpose of notifying the Court of the supervised release violation and recommending that no action be taken pending resolution of the new felony case. Finally, if Morgan is found guilty of the new felony charge, a violation petition will be refiled at that time.

.

RE: **Jason Morgan**
   **Docket Number:  0972 2:03CR00407-1**
   <u>**REQUEST TO DIMISS SUPERVISED RELEASE VIOLATION**</u>

| Respectfully submitted, | Reviewed by, |
|---|---|
| */s/ Sara Gnewikow* | */s/ Sarah R Johnson* |
| **Sara Gnewikow**<br>Sr. United States Probation Officer | **Sara Johnson**<br>Deputy Chief United States Probation Officer |

**Dated:** June 7, 2021
          Sacramento, California

---

## ORDER OF THE COURT

**THE COURT ORDERS:** The supervised release petition filed June 2, 2021, is dismissed without prejudice and the preliminary hearing scheduled for June 15, 2021, is vacated.

☒   Approved       ☐   Disapproved

**THE COURT ORDERS:** No further action be taken on the supervised release violation alleging New Law Violation, pending the outcome of the new felony charge.

☒   Approved       ☐   Disapproved

**OTHER:**

June 8, 2021
**Date**

*/s/ Troy L. Nunley*
**Troy L. Nunley**
**United States District Judge**

cc:   Mira Chernick
      Assistant United States Attorney

      Tim Zindel
      Defense Counsel